IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

01 NOV 27  4H 9: 46

U.E. C? ALABAMA

RICHARD O. CARTER,                    )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )          CV 00-BU-2142-E
                                      )
SHERIFF LARRY AMERSON, JAIL           )
ADMINISTRATOR BRUCE BARCLIFT,         )
MEDICAL OFFICER DANIELLE WELDON       )
DABBS, DR. THOMAS, FORMER MEDICAL     )
OFFICER PITTS, OFFICER WOODFORD,      )
OFFICER WALKER, and OFFICER JOHN DOE, )
                                      )
            Defendants.               )

**ENTERED**

NOV 2 7 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 1, 2001,
recommending that the defendants' motion for summary judgment be granted and this cause be
dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file,
including the report and recommendation, the Court is of the opinion that the magistrate judge's
report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court
EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are
entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is
due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final
Judgment will be entered.

81

DONE this the _____ day of _____, 2001.

_____
H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE